THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNIFER JORGENSEN, Appellant.

Submitted August 3, 2015; decided August 27, 2015

Motion by National Advocates for Pregnant Women et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MILLER, Appellant.

Submitted July 27, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PATTERSON, Appellant.

Submitted August 10, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.